UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-23896-JLK

ROBERTO TREJOS-TORREZ, on behalf
of himself and others similarly situated,

    Plaintiff,

vs.

A1 ADVANCED TOWING CORP., a Florida
profit corporation, AI ADVANCED WRECKER
CORP., a Florida profit corporation,
JEANNETTE MARTIN, an individual, and
FERNANDO FERRER, an individual,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court on the Joint Notice of Settlement (D.E. #70) filed November 29, 2018, in the above-styled case indicating that a settlement was reached between the parties. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **March 1, 2019** and the **Trial** previously set for **April 22, 2019** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 30th day of November, 2018.

                                             _____
                                             JAMES LAWRENCE KING
                                             UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record